UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

CASE NO.:  CV-17-8731-R                          DATE: March 21, 2018

TITLE:      Marina A. Mikaelian, et al. -v.- Jeff Sessions, et al.
================================================================
PRESENT:   HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

       Christine Chung                              N/A
       Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANT:

        Not present                               Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                          PROSECUTION

       Plaintiff(s) is ordered to show cause in writing no later than **March 28, 2018** why this action should not be dismissed for lack of prosecution.

       The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

        **- Plaintiff's request for entry of default** as to the remaining defendants.  In the event both documents are filed before the above date,  the answer will take precedence.

        **- Answer** by the defendant(s) or responsive pleading

       In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order will result in the dismissal of the action.


**MINUTES FORM II**                              **Initials of Deputy Clerk __CCH__**
**CIVIL - GEN**